UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MAYA,<br><br>     Plaintiff,<br><br>     v.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation, and DOES 1 through 20, inclusive,<br><br>     Defendant. | CASE NO. 1:12-CV-1479 AWI GSA<br><br>ORDER VACATING OCTOBER 7, 2013 HEARING DATE |

   Defendant's motion for summary judgment has been set for hearing in this case on October 7, 2013.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 7, 2013, is VACATED, and the parties shall not appear at that time.  As of October 7, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 3, 2013                                    _____
                                                                            SENIOR  DISTRICT  JUDGE