**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESUS MAYA,** | **CASE NO. 1:12-CV-1479 AWI GSA** |
| Plaintiff | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |
| v. | |
| **LEPRINO FOODS COMPANY, a Colorado corporation, and DOES 1 through 20, inclusive,** | |
| Defendant | |

Defendant has filed a motion for summary judgment, or in the alternative, summary adjudication. Plaintiff opposes the motion. In order to allow more time for the court to consider the motions, the pretrial conference of November 21, 2013, and trial date of January 7, 2014 are VACATED.

IT IS SO ORDERED.

Dated:   November 4, 2013                          _____
                                                                              SENIOR  DISTRICT  JUDGE