1  HANSON BRIDGETT LLP
   SANDRA L. RAPPAPORT, SBN 172990
2  ANGELA M. CLEMENTS, SBN 266349
   425 Market Street, 26th Floor
3  San Francisco, California 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366

5  Attorneys for Defendant
   LEPRINO FOODS COMPANY

6

7  BRYANT WHITTEN, LLP
   SHELLY G. BRYANT, SBN 222925
8  AMANDA B. WHITTEN, SBN 251160
   8050 North Palm Avenue, Suite 210
9  Fresno, CA  93711
   Telephone:  (559) 494-4910
10 Facsimile:  (559) 421-0369

11 Attorneys for Plaintiff
   JESUS MAYA

12

13 **UNITED STATES DISTRICT COURT**

14 **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

15

| | |
|---|---|
| 16  JESUS MAYA, | CASE NO. 1:12-cv-01479-AWI-GSA |
| 17       Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(A)(1)]** |
| 18       v. | |
| 19  LEPRINO FOODS COMPANY, a Colorado corporation, and DOES 1 through 20, | |
| 20  inclusive, | |
| 21       Defendants. | |

22

23       IT IS HEREBY STIPULATED by and between the parties to this lawsuit that, pursuant to

24 the Federal Rules of Civil Procedure 41(a)(1), the above-captioned action be and hereby is

25 ///

26 ///

27 ///

28 ///

-1-

1  dismissed with prejudice in its entirety as to all claims and with respect to all parties.  Each side
2  shall pay its own attorneys' fees and costs.
3  DATED: November 5, 2014                              HANSON BRIDGETT LLP
4
5                                                                  By:        /s/ Sandra L. Rappaport
                                                                        SANDRA L. RAPPAPORT
6                                                                       ANGELA M. CLEMENTS
                                                                        Attorneys for Defendant
7                                                                       LEPRINO FOODS COMPANY
8
   DATED: November 5, 2014                              BRYANT WHITTEN, LLP
9
10
                                                                   By:        /s/Shelly G. Bryant
11                                                                      SHELLY G. BRYANT
                                                                        AMANDA B. WHITTEN
12                                                                      Attorneys for Plaintiff
                                                                        JESUS MAYA
13
14
15 PURSUANT TO STIPULATION,
16 IT IS SO ORDERED.
17 Dated:   November 12, 2014                           _____
18                                                                  SENIOR  DISTRICT  JUDGE

-2-